Nov. Term,
1840.

CLINE
v.
LITTLE.

---

CLINE v. LITTLE.—On appeal.

Tuesday,
February 2,
1841.

INDEBITATUS ASSUMPSIT for work and labour. Pleas, the general issue and payment. On the trial the defendant offered a person, who was his partner at the time the work was done, as a witness, after executing a release to him of all claims for contribution, &c. *Held*, that the witness was incompetent. *Cheyne* v. *Koops*, 4 Esp. R. 110.—*Simons* v. *Smith*, R. & M. 29.—(1).

(1) The Nisi Prius cases of *Cheyne* v. *Koops* and *Simons* v. *Smith*, upon the authority of which the decision in the text was made, have been overruled by the Court of Common Pleas in a late case, in which it was held that in an action for wages, brought by the secretary of an intended joint-stock company against one of the provisional committee, another member of the committee was a competent witness for the defendant after a release from him. In support of this opinion, the Court cites the cases of *Wilson* v. *Hirst et al.* 4 B. & Adol. 760, and *Jones* v. *Pritchard*, 2 Mees. & Wels. 199, saying that they were expressly in point where the witness and the defendant are the

only partners, or the only co-contractors, and that they afforded a strong au- Nov. Term,
thority in favour of the proposition, that the witness was restored to his com- 1840.
petency by a release from the defendant, although he might not be the only
partner. *Beckett* v. *Wood*, 6 Bing. N. C. 380.